IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:   Sandra Hartmann          Date:   September 4, 2014
Court Reporter:     Darlene Martinez          Probation: Patrick Lynch

_____

Criminal Action No. 12-cr-00481-WJM-2          _Counsel:_

UNITED STATES OF AMERICA,                      Jeremy Sibert

    Plaintiff,

v.

DAN C. ORTIZ                                   Michael Lindsey

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:00 a.m.     Court in Session

Appearances of counsel.

Defendant is present on bond.

Oath administered to the defendant.

> Defendant plead guilty to Count 6 of the Superseding Indictment on July 18, 2013

Court's comments.

Sentencing Statement by Mr. Sibert.

Sentencing Statement by Mr. Lindsey.

Defendant's Allocution.

**ORDERED:   Government's oral motion for a third level decrease in offense level for acceptance of responsibility is granted.**

**ORDERED:   Government's oral motion to dismiss counts three and seven of the superseding indictment and the original indictment as to defendant number two is granted.**

**ORDERED:   Defendant's Motion for Downward Variant Sentence and Sentencing Memo [89] is granted in part and denied in part.**

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Dan Ortiz, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 7 months.**

**ORDERED:   The Court recommends that the Defendant be incarcerated at a facility appropriate to his security designation located within the District of Colorado**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of 3 years.**

   **1)   While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined by 18 U.S.C.§ 921, and shall comply with the standard conditions that have been adopted by this Court.**

**ORDERED:   The special assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant is to pay $1,000 fine to the crime victim's fund.**

The Court advises the defendant of his right to appeal the Court's sentencing decision to the Tenth Circuit Court of Appeals by filing a written notice of appeal within 14 days from the date of entry of judgment.

**ORDERED:   Defendant is to surrender at the institution designated by the Bureau of Prisons on October 9, 2014 at noon. In the interim, the defendant's bond is continued and all conditions set forth in the Magistrate Judge order setting conditions of release shall continue to apply.**

10:52 a.m.   Court in Recess
             Hearing concluded
             Time:00:52